# MAJOR CONSTRUCTION COORDINATOR/
# GENERAL ENGINEER

## I. Principal Duties and Responsibilities:

1. The Incumbent serves as the Major Construction Coordinator for the $50 million Seismic Corrections Project. This is a multi-phase and complex major project consisting of the construction of a new 155-bed inpatient building; the demolition of the existing inpatient tower from floors 10 to 5; the renovation and/or relocation of essential utility systems; asbestos abatement, seismic corrections and fire and safety corrections from the existing subbasement throughout the existing 4th floor; and an extensive and complex swing space operation.

2. The Incumbent is responsible for maintaining effective and efficient lines of communication with the Chief, Planning & Projects Section, Chief, FMS, other VAMC personnel, the VA Headquarters Project Manager and the Seismic Project Resident Engineer to insure that **(1)** construction progress remains on schedule; **2)** adequate safety precautions are taken to protect patients, visitors and staff; **3)** construction phasing and progress have as little disruptive effect as realistically possible on those involved in providing direct patient care; **(4)** there is appropriate coordination with concurrent funded station level, NRM and Minor projects. **4)** staff, service organizations and the community are kept informed on construction progress; **5)** significant problems are communicated on a timely basis to top management; and **6)** equitable solutions are worked out to the mutual satisfaction of the Project Manager, Resident Engineer, Architect/Engineer Firm (A/E), Contractor, and the medical center. In exercising these responsibilities the incumbent is expected to make appropriate decisions independently on all administrative aspects of the construction project.

3. The incumbent is expected to carry out all duties with minimal technical supervision or review.

4. The broad scope of the assigned major project is likely to result in study protocols concerning space, safety and planning, which cross-departmental lines and involve many levels in the organization. The scope of the problems identified may affect long-standing processes, relationships and organizational structures. In coordination with the Chief, Planning and Projects Section, the incumbent must assess these factors and resistance to proposed changes in order to provide information and recommendations to top management.

EXHIBIT
44

5. Participates in construction projects' evaluation, planning and coordination meetings. Prepare contract progress reports as may be necessary to keep Top Management and VISN and/or Washington's Headquarters informed.

## FACTOR I. KNOWLEDGE REQUIRED BY THE POSITION:

1. The incumbent applies a comprehensive knowledge of technical principles and practices and a thorough knowledge of construction planning, programming, coordinating and budgeting. The incumbent must also possess a thorough knowledge of agency regulations, guidelines and processes and the medical center planning, acquisition and management process to coordinate and administer a lengthy and complex construction project.

2. The incumbent must also possess some understanding of the organization of the medical center, including the functional alignment and interaction of the administrative, clinical and allied health services.

3. The incumbent must be knowledgeable in areas of professional engineering practices involving planning, cost factors, design, construction; principles of engineering and actual trade practices. Knowledge within this engineering expertise includes mechanical, civil, electrical, safety, architectural and environmental design and construction management & engineering background; as well as design and construction projects' negotiation and bargaining experience.

4. Incumbent must be an experienced certified professional engineer and/or architect and have the ability to interpret blueprints, national codes, VA guides and specifications, federal specifications, trades practices and standards. Must be capable of coordinating construction technical activities related to asbestos abatement, seismic reinforcements and fire sprinkling system's installation. Must have a good working knowledge of safety construction codes. Must also have construction management experience in the VA project management program.

5. Professional knowledge and skills to plan, organize, review, manage, inspect and supervise complex design and construction projects. Incumbent must have excellent interpersonal relations skills.

6. Knowledge of complex hospitals mechanical and utility systems' operation and maintenance.

7. Knowledge of governmental contracting procedures, principles, guidelines and public law.

## FACTOR 2 SUPERVISORY CONTROLS:

1. The incumbent is under the general supervision of the Chief, Planning & Projects Section. Wide latitude is given in the performance of all duties. Within the parameters of the major construction project the incumbent has full responsibility for actions committed, duties performed and decisions and interpretations rendered within the scope of the project. Assignments are received on the basis of broad discussion with no directions on how to proceed. Completed work is evaluated for results: compatibility with guidelines and effectiveness in achieving objectives. Work is also evaluated for the completeness of the advice and assistance provided to management.

2. The immediate supervisor consults with the employee on the development of scheduling and completion of the major project. The employee is considered to be a specialist in the field and is expected to independently exercise judgment in analyzing and developing solutions to the project objectives. Essentially, the employee is responsible to independently plan, coordinate and carrying out the delegated work; coordinating with others, resolving the problems as they occur and rendering advice to Service Chiefs, Top Management and/or other VAMC personnel.

3. The incumbent works independently and arranges his/her own schedules and priorities to meet the VAMC goals and program requirements as established by the situation and his Section Chief. Methods of accomplishment are discretionary, often requiring unique and innovative, problem solving techniques.

## FACTOR 3 - GUIDELINES:

1. In order to function in the capacity of Major Construction Coordinator, the incumbent must have a strong familiarity with VA regulations, manual references, policies and design and construction standards. However, there are few guidelines for the position and those which are available must be interpreted for use in a given situation. In situations where guidelines do not exist the incumbent uses judgement in applying general knowledge of construction planning, review and evaluation, design, activation, space assignment and related management principles. The incumbent keeps his Section Chief and Top Management informed of issues or controversies that arise during the course of work. Recommendations requiring resolution of issues are generally accepted .

2. Guidelines include manuals, engineering regulations, established procedures, agency regulations, directives, and standards; building codes, ASHRAE, NEC, NFPA, HVAC codes, OSHA and EPA rules and regulations; AHA Regulations; Dept. of Energy guidelines; contracting laws, manufacturer's catalogs and handbooks; Means Cost Estimate Handbooks; Engineering books; established procedures; as-

built drawings; Engineering/ Construction's precedents, policy statements and the terms of contracts.

3. These guidelines are frequently significantly inadequate or contain critical gaps in dealing with the more complex or controversial problems, requiring the employee to use experienced judgement and resourcefulness in selecting, adapting and applying engineering principles and practices to situations where precedents are not applicable due to factors such as unfavorable local conditions (i.e., asbestos, limited funds, limited spaces, occupied spaces, environmental issues, urgent equipment replacement, lack of electrical power, etc) or the need to deviate from established practices in order to assist the Resident Engineer in keeping costs and design, construction or activation phasing schedules within authorized funds or time frame.

## FACTOR IV. COMPLEXITY:

1. The work is complex in nature, requiring general knowledge of medical center operations and specific knowledge of design and construction project management to assist Top Management. Assignments require the development of detailed plans, goals, and objectives for the long-range and short-range implementation and administration of the construction project. In coordination with the Chief, Planning & Projects Section, the incumbent is required to analyze and assemble information involving organizations, functions, or work processes that interrelate with all levels of the VA and community organizations. Recommendations and results may substantially change the way in which the VAMC relates to other organizational entities and may have far-reaching impact.

2. Facts must be ascertained, developed, checked, analyzed, interpreted, or otherwise evaluated before work progresses in a routine fashion and in unique ways when required.

## FACTOR 5 - SCOPE AND EFFECT:

1. The Incumbent serves as the medical center interface between the personnel of VA Headquarters in Washington, DC, the VISN8 staff, architect/engineer firms, medical center staff and the resident engineer's staff. In coordination with the Chief, Planning & Projects Section, the incumbent has broad authority as the Medical Center Director's representative to make binding commitments that relate to construction planning coordination and management. This includes all phases of construction, including site work, relocation of functions impacted by construction, and phasing of construction to obtain the least impact on medical center operations.

2. The incumbent makes recommendations, provides background information, analysis and studies for Top Management on a variety of issues. Top management uses such information in their dealings with service chiefs, VA Headquarters, VISN8 and community organizations.

3. The purpose of the position is to provide construction engineering expertise in MAJOR design and construction projects coordination and management; as well as in the design, improvement, replacement, construction, maintenance and/or operation of mechanical equipment and/or utility systems; and to perform the planning of new or existing buildings' HVAC & UTILITIES projects; and to provide consulting services on specific project, on the Energy Program, and/or maintenance and operation of BSE.

4. The position has an impact on the timely completion and cost of the designated construction program; the building safety and building in-door air quality; the adequacy of patient care; other construction projects; the accomplishment of Top Management objectives and other program goals, such as the VA Nationwide Energy Program; the safety, economy, efficiency, reliability, type and sizes of systems to be installed.

## FACTOR 6 - PERSONAL CONTACT

1. The incumbent has contacts with all levels of individuals both inside and outside of the medical center and the agency. The Incumbent has contact with VA Network #8 and VA Headquarters staff to represent the medical center, gather information, or follow up on issues of concern to the Director or other members of the management staff. The incumbent also has contact with patients, visitors, and all levels of the medical center staff, to resolve problems, gather information and perform investigations and studies.

2. Contacts are with personnel of the agency, including agency officials, engineers, architects, project managers and space management personnel, utility companies, contractors, and agency personnel within and outside the employee's own division.

3. Contacts are with: peers, Engineering Service shops' personnel, PREPA Engineer, AAA engineers, Centro Medico Staff, Architects and Engineers Firms, Professional Engineers and Architects, procurement personnel, field project personnel, VA's clinical and administrative Services staff and Service Chiefs, Manufacturers' representatives, AFGE Local 2408 Staff, EQB officials, VISN STAFF, or VA Headquarters engineers, vendors, contractors and/or local or Federal agencies.

4. Incumbent establishes and maintains effective relations with Top Management, service chiefs, A/Es, contractors, local agency personnel, Headquarters engineers, VISNS 8 staff, etc.

5. The planning of projects requires extensive coordination with the hospital staff from which planning data and information must be obtained. In most instances, the incumbent must possess considerable skill in both verbal and written communication with others to persuade reasonable compliance with scheduled accomplishment, to inform Top Management of levels of progress; to inform to the Union-staff the scope and effect of the project; and to explain and interpret the VA, Federal and locals

design and construction requirements and regulations, specifications, plans, etc. to A/E firms and/or Contractors and Top Management.

6. Incumbent must be bilingual in English and Spanish. (oral and written communication)

## FACTOR 7.   PURPOSE OF CONTACTS

1. Contacts are for the purpose of representing the Center Director, gathering information, performing investigations, reporting, resolving problems or issues of a controversial nature and persuading others as to the appropriate course of action or stance of the medical center.

2. The incumbent is responsible for the study, analysis, and evaluation of operations that are complex and diversified in nature and is responsible for making recommendations for improvement.

3. The incumbent must use sound professional judgment, tact and diplomacy to resolve problems, to motivate, influence, justify, define, negotiate or otherwise settle matters and disputes with persons who are very often skeptical and uncooperative, unreceptive, unknowledgeable and sometimes hostile.

## FACTOR 8.   PHYSICAL DEMANDS

1. The work involves substantial walking and occasionally requires evening or weekend hours.

2. Occasional physical activity is required including walking or bending during the inspection of the installed equipment or during construction stage visits.

## FACTOR 9.   WORK ENVIRONMENT

Work is performed primarily in an office setting, but there is frequent exposure to conditions in buildings and facilities that are under construction. Such exposure is held in an environment full of hazards due to the rough grade, excavations, falling objects, movement of equipment, mud, dust, asbestos contaminated materials, and others hazardous materials, fumes and/or environment contamination. He/she will make occasional contacts in the patient care areas of the medical center.