A Then Mr. Manuel Santiago remained, was doing the acting chief and he was doing different duties during the time that we were without a service chief.

Then after 1995, I think was after 1995 that there was, the implementation of the new, "la reforma", what is the --

Q Okay.

A Because this "reforma" was nationwide. Then there was new center director, Mr. Jim Sponds (phonetic) that was appointed to the position of interim director and he came with the directive to do merge in order to get savings in the different departments of the hospital.

Q And he merged maintenance and --

A The reorganization was nationwide.

Q Okay.

A Because before the reorganization we were working under the regional concept.

Q Okay.

A Then they came with what is called the Veteran Integrated Service Network.

Q Okay. The VISN?

A The VISN and they divided all the hospital in 22, 22 pieces and we fall in between the main offices

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

and --

Q Okay. I know that. And after Engineer Santiago, was Mr. Bou ever the assistant chief?

A Well, Mr. Bou was the, the maintenance and repairs supervisor. Assistant chief per se, no, not officially in this position but he kept his title of Maintenance and Repairs supervisor.

Maybe he was doing some, some duties related because we have the, Engineer Santiago was the one that was finding the --

Q And whenever Mr. Morley was out, who will act as acting chief?

A Engineer Bou started because before when, with the merge that engineer, Mr. Michael Morley was selected because Engineer Santiago was interested in the position but never selected. Then he decided to, to retire.

Q He decided not to work under Mr. Morley's supervision?

A No, he was, he did not feel very, very happy.

Q I understand.

A Yes, because Mr. Morley was not an engineer.

Q I know that.

A And they were appointing a person that was in charge of the Janitorial Department and of the

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

Maintenance Department to direct professional engineers so.

Q And the rest of the engineers, how were you, were you happy about it too?

A No, I was not very happy.

Q Okay.

A Because not with, also with the reorganization that they did, never have been very happy with this.

Q Okay. I understand that -- Have you seen Mr. Bou's PD, his position description?

A No. Well, I don't remember.

Q You might have but you don't remember the details?

A No, details, no.

Q Okay. And Mike, what position was he occupying?

A Well, Mike arrived, was 15 years ago, more or less. I don't remember. He was brought as an industrial engineer and he was in charge of the maintenance program and also of the administration of the service contracts for the, for the maintenance of different equipment that we have under contract and he was responsible to maintain and keep the records of the equipment that were under contract; certify the payments

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

and also there was in the Preventive Maintenance Program he was responsible for the scheduling of the preventive maintenance of all the equipment, including the personal property and what is called the real property, that is the building management, building service equipment.

Q   Okay.

A   And he assigned the property numbers of the equipment and enter into the computer system, the computer system that we manage all the whole maintenance.

Q   Okay.

A   And Mike was also used as a resource by Engineer Manuel Santiago because he's, he's, as an industrial engineer, has the ability to, to do space studies or operational procedures in certain areas or perform, determine the, people needed to do certain functions or to prepare the "organigrama" in terms of assigning people to do different tasks.

Q   Okay. We're stating that you didn't want to do it in English and you're doing okay.

A   Thank you.  I mean, I prefer it in Spanish but.

Q   Okay.  And was he ever the major construction coordinator?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

A Yes. Mike when, when the, Mr. Manuel Santiago resigned to the position and when the reorganization was into effect, and also we have another changes because we have another engineers that were transferred from our department to the construction section that we have, Net, Engineer Net was with us and we have a program that was under the supervisor of Engineer Net that we called Purchase and Hire, that was the Construction Section.

This is a section that was in charge of the construction of, of minor, was called Station Level Projects. They do remodeling work, installation work for equipment and whatever.

Then Mike, when Mike Morley was the, the --

Q The chief?

A -- the chief for the service, Engineer Bou was like, like the assistant chief but not in property because he was never appointed but he was doing the work.

Q Okay.

A And Mike was the close collaborator with Bou. They were running, running the show in terms of the engineer part and Mike was in charge of the P and H Group.

Q Purchase and?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

A Purchase and Hire.

Q Okay.

A Yes. And they did, five, five years, five to six years, they did this together with the same as Engineer Bou.

Q Okay.

A Because Mike Morley was not an engineer.

Q So everybody has to assist him?

A Yes. We have to give our advice or whatever.

Q You did too?

A Yes, sure. I have my difference with Mike in the beginning but.

Q He was not going to be fired so everybody decided to give him a hand?

MS. GONZALEZ VALENTIN: Objection, counsel, to the form of the question.

EXAMINATION CONTINUED

BY MS. RODRIGUEZ FRANK:

Q Okay. Do you know how many employees were working in --

A P & H?

Q Uh-huh.

A Well, there exist by that time --

Q Then, then, then. We're talking about that

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

period in which for five years you were all working --

A Yes, yes.

Q -- assisting --

A Because we have, right now we have more employees than we had in that time. In that time they, they were appointed or selected by projects, by projects or, not were like but they recruited people as they have money but, to implement the project.

Q Okay.

A And they recruited by month, three months, six months but because not the, like general appointments like for a year, you don't have this kind of appointment, permanent appointment. I don't know.

Right now the things are different. They change, there was a change of the rules that these people are, are for longer period of time. I don't know.

Q But he might have at least 15 employees under his charge?

A Pardon?

Q He had at least 15 employees under his charge?

A Well, it could be 15, could be 25. Depends.

Q On the projects?

A Yes. Was, depended, the number of employees were, depend on the number of the project that they were

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

working.

Q Okay. I understand that Mr. Morley was transferred out of Puerto Rico and the position became available?

A Yes. For me was a surprise because this was by the, by February, around February 2002, it was, in this year, it was in 2002, he was transferred to, to Washington.

Q Okay. And that you were acting chief during a period of time?

A Well, Mr. Manuel Bou was the acting when, when Mr. Morley left, Mr. Manuel Bou was appointed acting chief. Then by July, July 2002, was in the summer of 2002, I was called by Jeanette Diaz, by the end of July and she called me to her office and appointed me as the, as acting chief, FMS, for four months starting in August 1st, 2002 and ending November 30th, 2002.

Q Okay. And how did you agree to occupy this --

A Well, I was never asked about this. She called, she called me to her office and instructed me and put a letter to be signed by me that I was notified that I was going to be the acting chief for a period of this time.

Q You were not given the option to say yes or

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

no?

A No. Nobody asked me if I was interested. It was like --

Q But did she offer you a cash award?

A No.

Q No?

A She mentioned, she mentioned that she was going to give us a cash award but never.

Q Who's the he that mentioned that?

A Jeanette.

Q Jeanette?

A Yes.

Q That she was going to give you both a cash award?

A Yes.

Q Were you given a cash award?

A No.

Q Was your salary increased during that, this four year period?

A No, no. Well, the salary increase has been the normal salary increases; either by, by the step or years of service or by the, increase at the beginning of the year but not by awards or whatever.

Q And once the four month period started, who

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

came back to the position of assistant chief --

A Engineer Bou.

Q Acting chief?

A Well, let me explain. During the period that I was the acting chief, I required a meeting with Jeanette by the month of, I think it was, could be September, October of this year to discuss the necessity or the need to recruit the engineers that we were needing in the department to cover the different positions that were lacking because was a real need that we have there and we, we met at the office of Jeanette.

I don't remember if Mike was present but Bou was present, Lucy Febus was present, was, and I was present and she promised to us by the month of March of next year, that was the 2003, we have the people involved that were needed and I finished my acting period in November 30 and after November 30th, her intention was to alternate the, the, the acting chief position between Bou and me.

That's were her intention before having somebody in property in the position.

Q Okay. And were you all GS-1-3 engineers there, you and Bou were the only GS-13's or was it there --

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

A Well, I was a GS-13, I was.

Q Okay.

A And Bou, I think, was.

Q And Mike, was he engineer 13?

A I don't know if he was.

Q Okay. Was he considered in this alternate, alternate system that she was establishing and I'm referring to Mike?

A To Mike, if Mike was considered? To the best of my knowledge, I think that, I don't know. Mike never did the acting position.

Q In this period of time?

A In this period of time, yes.

Q Okay. But when they were, when you all were working together and Mr. Morley or Bou were not present, was he ever acting, as far as you can remember?

Q Maybe. I don't know if Mike was doing the, Bou's job. I don't know or part of Bou's responsibilities because when you are doing the, the acting job, you have to do others.

Q Yours and the others?

A Yes.

Q So that's not happy.

A Other things but if you have something that

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

can help you. Mike was working in close collaboration with Engineer Bou and they did a, like a team work between the two and Mike consulted with Bou any question that he have regarding a project, whatever.

Q Okay. Once the position became, of chief available, did you apply for it?

A No.

Q Why not?

A I'm not, was not interested because due to the reason that I explained that I have and maybe I was not very happy with the type of organization and the problems that were inside of the organization and my point of view was that it's better not to be involved in, in this managerial position because I was foreseeing some problems, especially the technical ones.

Q But have those problems taken place, the one that you were foreseeing?

A Well, because when you are in the chief position you have to, to do deal with all and I prefer to keep in my area that I was an expertise in my area and was more easy to deal with the limitations that you have with all this.

Q Once the applications came for service chief, were you told to go over them?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

A Well, the, we got published, the, the position was published but in my particular case, the compensation in money was not --

Q Worthwhile?

A -- for me, no, because the difference were two steps.

Q Okay.

A Because the one that I have to the position, they will be two steps but.

Q But what I'm saying is that some other people applied and the applications were reviewed?

A Yes.

Q Were you part of that review committee of going over the applications?

A Well, because I did not apply for the position, I was not interested. After we had the meeting with Jeanette that the, the position was published and there came around 25, 25 --

Q Applicants?

A -- applicants, applications, I was asked by Ms. Lucy Febus, Ms. Lucy Febus who was, she's an administrative assistant of the Service and she told me that the Personnel Office has asked her to get my, my assistance to evaluate the different candidates that

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

requested, applied for the position and because this was a technical, a technical job and Personnel do not have this kind of specifics to do like screening in the different.

Then they brought me the different applicants, was like binders and I have to take them to my home to do my home assignment.

Q And among them were Mike's and Bou's?

A No, no, nor Mike, nor, nor Bou's, I didn't see their application.

Q But do you know whether they had applied?

A No, I don't know. I think that, I don't know if Mike was interested in the position but I knew that Mr. Manuel Bou was interested in the position but in the group of, of applications that they gave to me the application of Mr. Bou was not there.

Q Was there any other employee from the agency that you know of that applied?

A Well, there was some, one engineer that, from Georgia, Atlanta, from Atlanta. Was a Maintenance and Repairs engineer in there, I remember this and were others, federal employees that were in, I think that with the EPA; Environmental Protection Agency in the United States and they're planning to come to Puerto

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

Rico.

Q And the, did you review the application of the current chief; Jaime Marrero?

A I don't remember.

Q You don't remember?

A Because of names. I remember that there was an application from somebody that worked for, for Sabana Seca. There was an engineer that worked in Sabana Seca but I don't remember if it was a mechanical or electrical but there was an application for one engineer but from --

Q But you reviewed 25 applications?

A No, not all 25. I reviewed around 20 and prepared -- No, no, I was in the process of doing the screening and I have to prepare a sheet for the, for the different candidates if they qualify or not qualify and --

Q Do you have a copy of that document?

A No.

Q And who do you give it to?

A No, no, no, because I was in a meeting in the office of Jeanette Diaz and I mentioned this to her and he disagreed with this and ordered somebody to pick up all the folders that were in my office and bring them

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.