1  back to her office and I never, I was --
2     Q    Never called to finalize what you started?
3     A    Yes.  I never saw them again.
4     Q    And do you remember what the requirements for
5  service chief were?
6     A    Well, you have to be professional engineer, at
7  least, because in the Veterans' Department you can be or
8  maybe they were counting like experience, something but
9  you have to be a degree of engineer to comply with the,
10 your education have been --
11    Q    So they were asking for an engineer, not like
12 Mr. Morley?
13    A    Yes, and for the education, the education
14 required that you be, you've got an engineering degree.
15    Q    In whatever --
16    A    Yes.
17    Q    -- branch of engineering?
18    A    Yes.
19    Q    Electrical, whatever.
20    A    And there was some waiver in terms of
21 experience or whatever.
22    Q    Okay.  Do you remember a specific grade that
23 you had to occupy in order to apply?
24    A    I think that was 13.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1  Q   Okay.
2  A   Thirteen was the minimum.  Yes, because the
3  position is for the, the position was for GS-14.  You
4  have to be, one of the requirements was you have to be
5  in GS-13 for at least one year before you apply or
6  qualify for this.
7  Q   So you actually had to have the grade of GS-13
8  assigned to you?
9  A   Yes, yes, yes.  I qualified for the position
10 because I --
11 Q   I understand that you qualified but you
12 decided not to apply --
13 A   Because I was not interested in the position.
14 Q   Too much responsibility and --
15 A   Yes.
16 Q   -- and the pay was not very good?
17 A   Not good for the difference that I was
18 earning.
19 Q   Salary.  And do you remember why she took away
20 from you the responsibility of going over the
21 applications?  What was her, Jeanette Ramos, Jeanette
22 Diaz' concern when she learned that you were doing that?
23 A   I don't know.  I don't know because --
24 Q   You were in a meeting with her?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

32

1   A   I was in a meeting in his office and raised
2   this, I think that she, I, I told her that I was doing
3   the screening and she ordered the secretary to, to get
4   out from the records and --
5   Q   What secretary?
6   A   I don't remember.
7   Q   Your secretary or her secretary?
8   A   No, no, the Service, her.
9   Q   Her secretary?
10  A   Yes.
11  Q   Ms. Diaz' secretary?
12  A   Yes.
13  Q   To go over your office and take the --
14  A   Not, or to call, just to get the order, to
15  send somebody or whatever or bring, or somebody from the
16  Service to bring back the applications.
17  Q   Okay. Do you remember whether architects were
18  allowed to apply? You have to be vocal. Verbal, you
19  answer has to be verbal. You don't remember?
20  A   I don't remember.
21  Q   Was Lucy Febus the one who picked up the
22  binders from your office?
23  A   No. She gave them to me but I don't remember
24  if she was the one that picked up. Maybe Jeanette

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1     called her. I don't know but.
2          Q    Okay. But they were no longer in your office?
3          A    No.
4          Q    When you --
5          A    When I returned to my office, the records were
6     not there. Were removed by somebody.
7          Q    Okay. Did you continue participating
8     with, in the selection process or?
9          A    No, no, never, nor asked.
10         Q    Okay. After that I understand that the
11    position for assistant chief, services, was also
12    published?
13         A    Yes.
14         Q    Did you apply for that one?
15         A    No.
16         Q    Why not?
17         A    Was the same degree as me.
18         Q    Same degree?
19         A    Yes, GS-13.
20         Q    Okay. While you were acting, I understand
21    that you told me that it alternated, six months and six
22    months?
23         A    No. Well, my first was fourth months, I
24    stayed for four months.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   Q   And then --
2   A   And then after was three months and three
3 months. I was 90 days, she was planning to do
4 alternate, I think was Bou will be three months and I
5 will be three months before the person in property was
6 appointed.
7   Q   Okay. During this period of time, do you
8 remember whether a discussion was held with you
9 regarding a letter of reprimand that Mr. Figueroa was
10 going to receive?
11   A   No.
12   Q   No. Were you advised by Lisa Morales that
13 she was going to give Mr. Figueroa a letter of
14 reprimand?
15   A   No. I don't remember.
16   Q   With the present state of the reorganization,
17 how do you feel working with the Service?
18   A   Not good. I don't like the, the type of, it's
19 authoritative and very harassed and very pushy, I'd say.
20   Q   And who is the one --
21   A   I don't feel in my person, I don't feel happy.
22 I don't feel happy, very happy with this. I am going to
23 retirement in the, maybe next year and I will prefer to,
24 to get retired before continuing in, in my position.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1    Q    Do you feel that this is because you're older
2    than the other engineers?
3              MS. GONZALEZ VALENTIN:  Objection as to
4    the form of the question.
5              THE DEPONENT:  No. Well, it's not the,
6    it's not a thing of age.  It's --
7                    EXAMINATION CONTINUED
8    BY MS. RODRIGUEZ FRANK:
9    Q    Is your seniority affecting you?
10   A    Well, the thing is that I have so much
11   experience in the different hospital areas when I see
12   the decisions, the way that the things are managed and I
13   disagree but they are very authoritative in their
14   position.
15   Q    Who specifically?  Marrero and Quiñonez?
16   A    Well, to Marrero and Quiñonez, the top
17   management, to them for they are executing the, the
18   orders or I don't know but in my personal opinion, I
19   don't feel very happy.
20   Q    So I must understand that after Mr. Marrero
21   and Jimenez came you have not been given any promotion?
22   A    No, no, no promotion, no awards.  The awards
23   is divided by the group that came from Roosevelt Roads.
24   Q    And those are?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   A   Hum?
2   Q   Can you tell me who those are, the names of
3   the guys who came from Roosevelt Roads?
4   A   Well, Jaime Marrero, Wilfredo Quiñones, Miguel
5   Cordero.
6   Q   Miguel Cordero?
7   A   Yes.  Miguel Cordero.  These are the --
8   Q   There's another guy named Pedro Calderin?
9   A   Ah, Pedro Calderin, yes.
10  Q   He's also from Roosevelt Roads?
11  A   Yes, and there are others from Roosevelt Roads
12  but are, but I don't know if they were employees,
13  federal employees or they were working for contractors.
14  Q   There, in Roosevelt Roads?
15  A   Yes.  There is Orlando, Orlando Casillas.
16  Q   And Ivan Rosado?
17  A   Ivan Rosado is the, the, the one that arrived,
18  the last.
19  Q   Have you received any training during this
20  period in order --
21  A   No.
22  Q   -- to improve yourself?
23  A   No.
24  Q   No?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1    A    My training I do my own time because I have to
2  comply with the continuous education.
3    Q    Do they pay for that?
4    A    I pay outside my regular working hours, I come
5  to the College of Engineers and take the courses that I
6  need to comply by my own.
7    Q    Okay.  Have you heard any negative comments
8  regarding your age or Mr. Bou's age, that you all have
9  more experience and you're older than the Puerto Rico,
10 the hospital, that the buildings is as old as you are?
11   A    Well, sometimes the men they make like jokes,
12 comment.  There was, I remember just some two months ago
13 or two or three months ago that a comment was made in
14 regard with the, how old was the, the, the VA Hospital.
15        Then Engineer Marrero asked Bou directly, I don't
16 know, because I was the senior, not him.  I am senior
17 than Mr. Bou.
18   Q    But you have not been addressed directly?  You
19 have to be verbal.
20   A    No, no, no.
21        MS. RODRIGUEZ FRANK:  I don't have any
22 more questions for you, Mr. Diaz.  Thank very much.
23        MS. GONZALEZ VALENTIN:  Let me see if I
24 have questions.  Can we go off the record?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   (Off the record.)

2           MS. GONZALEZ VALENTIN: This is Assistant
3   U.S. Attorney Katherine Gonzalez.  I just have a few
4   questions, Mr. Diaz.

5                    CROSS EXAMINATION
6   BY MS. GONZALEZ VALENTIN:
7       Q    You mentioned that at some point in time Ms.
8   Jeanette Diaz's intentions was to have you or Mr. Bou in
9   the acting chief position before having someone in
10  property --
11      A    Yes.
12      Q    -- occupied the position?
13      A    Yes, yes, yes.
14      Q    I just, I didn't have that clear.
15      A    Well, after I completed my acting period that
16  was November 30, 2002, her intentions were, were this,
17  to share.
18           MS. RODRIGUEZ FRANK: They alternated.
19  That's what I understand.
20           MS. GONZALEZ VALENTIN:  Okay.
21                  EXAMINATION CONTINUED
22  BY MS. GONZALEZ VALENTIN:
23      Q    I wanted to know if he kept alternating --
24      A    Yes.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

```
 1                    MS. RODRIGUEZ FRANK:  Yes, he did.
 2                    THE DEPONENT:  And around that time she
 3     mentioned something or give us --
 4                    MS. RODRIGUEZ FRANK:  A cash award.
 5                    THE DEPONENT: -- some cash award. She
 6     mentioned this.
 7                         EXAMINATION CONTINUED
 8     BY MS. GONZALEZ VALENTIN:
 9          Q    What did she say, that you recall?
10          A    Well, she mentioned that maybe in the future
11     she was planning to give us a cash award.
12          Q    Now, when you were looking at, at the
13     candidates, the information on the candidates, for about
14     how long did you look at the binders with the
15     information on the candidates?
16          A    Well, the thing that I have to read all the
17     information given in the resume.  Each one submitted a
18     resume.
19          Q    Yes, but for how long?  Was it a day, two
20     days?
21          A    No, no, no, no.  Hours, just hours.  Maybe it
22     could be between half hour to an hour, between half hour
23     to an hour I dedicated to this case.
24          Q    Okay.  But in terms of the period of time
```

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   during which you were looking at these group of
2   applications, did you keep those binders for an entire
3   week or was it for one day?
4       A   More or less, the binders were with me around
5   five to, to seven days.
6       Q   Now, I take it that in the position that
7   you're currently holding -- I'm sorry.  You didn't apply
8   for the chief's position and you didn't apply for the
9   acting position?
10      A   Yes.
11      Q   And after those two positions became vacant,
12  you didn't apply for any other position?
13      A   No.
14          MS. GONZALEZ VALENTIN:  I don't have any
15  more questions.
16      (At 10:01 a.m. the deposition was concluded.)
17
18
19
20
21
22
23
24

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1       REPORTER'S CERTIFICATE
2
3       I, ELBA MARTINEZ, Court Reporter;
4       DO HEREBY CERTIFY, That the foregoing
5  transcript is a full, true and correct record of the
6  testimony that was electronically recorded by me and
7  thereafter reduced to typewritten form.
8       I FURTHER CERTIFY, that I am in no way
9  interested in the outcome of the case mentioned in said
10 caption.
11
12
13     _____
14
15
16
17
18
19
20
21
22
23
24

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

42

1      CERTIFICATE OF NOTARY PUBLIC
2           I, ELAINE RODRIGUEZ FRANK, ESQ., duly
3  commissioned and qualified in and for the Commonwealth
4  of Puerto Rico;
5           DO HEREBY CERTIFY that the foregoing
6  deposition was taken before me acting as a notary on the
7  date and time heretofore mentioned;
8           That the court reporter and the deponent
9  were sworn before the commencement of the taking of the
10 deponent's testimony.
11          IN WITNESS WHEREOF, I sign these presents
12 and affix my notarial seal in San Juan, Puerto Rico,
13 this _____day of_____ 2005.
14
15
16
17
18
19                           _____
20
21
22
23
24

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

43

C E R T I F I C A T E

1
2   I, EDUARDO DIAZ BURGOS, the undersigned, do
3   hereby certify that I have read the foregoing deposition
4   taken the 31st day of May 2005 and that to the best of
5   my knowledge, said deposition is true and accurate with
6   the exception of the following corrections and reasons
7   therefore listed below:
8   PAGE     LINE     CORRECTION              REASON
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  DATE:_____

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIKE FIGUEROA,

       Plaintiffs             :   CIVIL CASE NO.

       VS.                   :     04-1569

ANTHONY PRINCIPI, DEPARTMENT OF   :     (DRD)
VETERANS AFFAIRS,

       Defendants

DEPOSITION OF:

       LUZ FEBUS

was taken on May 17, 2005 at the offices of ELAINE RODRIGUEZ FRANK, 524 Jose Besosa Street, Hato Rey, Puerto Rico commencing at 10:35 A.M.

**BONAFIDE & CERTIFIED REPORTING**

**P.O. BOX 11850 SUITE 236**

**SAN JUAN, PUERTO RICO 00922**

**(787) 250-8507**

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.