APPEARANCES:


FOR THE PLAINTIFF:

ELAINE RODRIGUEZ FRANK

P.O. Box 194799

San Juan, Puerto Rico 00919

BY: ELAINE RODRIGUEZ FRANK, ESQ.


FOR THE DEFENDANTS:

U. S. ATTORNEY'S OFFICE

Torre De Chardon

12th Floor

San Juan, Puerto Rico 00919

BY: KATHERINE GONZALEZ, AUSA


ALSO PRESENT:

PLAINTIFF:

MIKE FIGUEROA

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1            MS. RODRIGUEZ FRANK:    I am going to take

2    your oath and that doesn't mean that I am not going

3    to continue acting as Mr. Figueroa's representative.

4            (Whereupon the deponent is duly sworn.)

5            MS. RODRIGUEZ FRANK:    One of the things is

6    you need to answer in a high tone so that it gets

7    recorded and please don't assent with your head

8    because she is writing here and she won't get it. The

9    same thing with the aha, or the uhu, I see those

10   depositions with a lot of uhu's, and I say what in

11   the heck are they saying.

12           MS. GONZALEZ:    And you forget, when you

13   are asking the questions, you forget to remind

14   yourself.

15           MS. RODRIGUEZ FRANK:    Because you are

16   seeing the person, aha, and you know the person is

17   assenting, but you are reading that maybe 15 or 20

18   days after and you say was he assenting in fair or

19   aha because I am just going -- because people say uhu

20   because they are hearing you and it is because they

21   are finally, because they are understanding you, but

22   not because they are assenting to what you are

23   saying.

24          Okay, I understand that you have a

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

4

1    relationship in the sense that, a personal

2    relationship because you are the godmother of one of

3    his sons?

4              THE DEPONENT:   Yes.

5              MS. RODRIGUEZ FRANK:    The son or the

6    daughter?

7              MR. FIGUEROA:   The daughter.

8              MS. RODRIGUEZ FRANK:    The daughter, Miss

9    Universo, I call her Miss Universo.

10             MS. GONZALEZ:   No, Elaine let me clarify,

11   your maiden name is Lucy? I am sorry, Febus?

12             THE DEPONENT:   No, my maiden name?

13             MS. GONZALEZ:   Yes?

14             THE DEPONENT:   Velardo.

15             MS. GONZALEZ:   And where did we get Lucy

16   Febus?

17             THE DEPONENT:   That's my fathers name.

18             MS. GONZALEZ:   Oh, okay, because you

19   introduced yourself as Luz Vives and I just wanted to

20   make sure that we are talking about the same person.

21             THE DEPONENT:   Yes, it's the same person,

22   Lucy because of Luz.

23             MS. GONZALEZ:   Okay.

24                  DIRECT EXAMINATION

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

Case 3:04-cv-01569-ADC   Document 33   Filed 09/03/05   Page 4 of 15

```
 1        BY MS. RODRIGUEZ FRANK:
 2                Q    How long have you worked with the
 3        agency?
 4                A    With the VA?
 5                Q    Yes.
 6                Q    Sixteen years.
 7                Q    So you worked for the Federal
 8        Government before?
 9                A    Yes.
10                Q    With what agency?
11                A    I worked in the Office of Personnel
12        Management.
13                Q    In Puerto Rico?
14                A    Yes, in the federal building.
15                Q    Okay, so you moved from OPM to the
16        Department of Veteran's Affairs?
17                A    Yes.
18                Q    And you have been working there for 16
19        years?
20                A    In the Department of Veterans Affairs.
21                Q    And how long for OPM?
22                A    For OPM I worked a year and a half.
23                Q    So you have 17 and a half years with
24        the Federal Government?
```

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

6

1           A    That is correct.

2           Q    And you have worked for VA, what

3    positions have you held with the VA?

4           A    I worked as program Clerk, I worked as

5    Secretary, I worked as Administrative Assistant,

6    Program Specialist.

7           Q    So you were going up?

8           A    Yes, yes.

9           Q    And what is your educational

10   background?

11          A    I have a Bachelor's Degree in

12   Secretarial Science and a Master's Degree in

13   Education.

14          MS. RODRIGUEZ FRANK:   Off the record a

15   moment.

16   (Whereupon there is a brief recess held)

17          EXAMINATION CONTINUED

18   BY MS. RODRIGUEZ FRANK:

19          Q    I understand that there was a recent

20   change and you have a higher grade now, and a higher

21   position?

22          A    There was a reorganization.

23          Q    Okay, someone told me, I think it was

24   Helen Nunci, that there was a reorganization, and you

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

7

1    have a higher grade and additional duties?

2             A    Yes.

3             Q    And your grade right now is what?

4             A    GS 13.

5             Q    And the duties?

6             A    I am a Program Management Officer.

7             Q    I think it was Janette Diaz -- and I

8    assume that for a GS-13 you supervise employees?

9             A    Oh, yes. I have been supervising

10   employees prior to the GS-13. I actually supervise at

11   this time right now the Administration section of the

12   Service, the Budget section of the Service, the

13   Laundry section of the Service, and Transportation

14   section, four sections.

15            Q    And to whom did the Transportation

16   Service and the Laundry Service belong before they

17   became under your supervision?

18            A    Transportation Section was aligned,

19   realigned under Facility Management, they weren't

20   under our Service, and they were under the Police

21   Service and the Laundry Section was under the

22   Maintenance and Repair Section of the Service.

23            Q    That was Mr. Bou's?

24            A    Yes.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

```
 1                    Q    The Tr
 2      difficult Service?
 3                    A    It's a smal
 4                    Q    I remember tha
 5      with two employees once?
 6                    MS. GONZALEZ:    Which
 7      Application?
 8                    MS. RODRIGUEZ FRANK:    The          cation
 9      Service.         THE DEPONENT:   Transporcation.
10                    EXAMINATION CONTINUED
11      BY MS. RODRIGUEZ FRANK:
12                    Q    And you had budgetary duties assigned
13      to you since when?
14                    A    The budget section has been assigned to
15      me since I have been in Facility Management Service,
16      that has been--
17                    Q    And when did you commence to work for
18      FMS?
19                    A    I started working in FMS -- I used to
20      work in Environmental Management Services.
21                    Q    That is under Mrs. Silva?
22                    A    No, I wasn't under Ms. Silva, I was
23      under Dean Stiles. And they did a reorganization
24      between both Services, environmental and engineering-
```

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

```
 1            -
 2                 Q    See, that is the one that I had heard
 3       from the beginning, they mixed, they merged them?
 4                 A    They merged the services.
 5                 Q    So you were working under Mr. Morley,
 6       then, when you were working in Environmental, you
 7       were working under Mr. Morley, not on the
 8       Engineering--
 9                 A    Dean Stiles and then Mr. Morley.
10                 Q    Okay.
11                 A    And then when they did the merge, I
12       still worked under Morley. He was the Chief at that
13       time, at the Service.
14                 Q    Before working at FMS, you were working
15       at VA, so you came from the OPM directly to the---
16                 A    To the VA.
17                 Q    Environmental Service?
18                 A    No, I worked in the Computer Center. At
19       that time it was Information Resource Management. I
20       was there, and from there--
21                 Q    With Mark Ficek and?
22                 A    With Mark Ficek.
23                 Q    And Gonzalez, Federico Gonzalez?
24                 A    At that time, Federico wasn't there but
```

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

10

1    I was under Mark Ficek.

2             Q    And under Mr. Morley, then Mr. Morley

3    became the head and you were what, Program Specialist

4    or Administrative Assistant?

5             A    I was Administrative Assistant.

6             Q    Of Mr. Morley directly?

7             A    Yes.

8             Q    And who was the Engineer in Service,

9    prior to the merger, did they have a different Budget

10   Section and Transportation Section?

11            A    They had a Budget Section, yes, they

12   had to administer the budget. And at that time

13   transportation was under, I believe it was Engineer

14   Bou.

15            Q    Engineer Bou?

16            A    In Engineer Service, at that time.

17            Q    And upon the merger, I imagined that

18   everybody had to work together and Mr. Bou became the

19   Assistant Chief?            A    That is correct.

20            Q    And Mr. Figueroa was working there as

21   one of the Engineers?

22            A    That is correct.

23            Q    And Mr. Figueroa, in terms of, there

24   was also Mr. Diaz, who was working there, who we took

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

11

1     his deposition too, the other Engineer?

2              A    Engineer Diaz.

3              Q    Engineer Diaz, okay. And Mr. Mike

4     Figueroa, he was working under Mr. Morley in what

5     section?

6              A    He was Industrial Engineer.

7              Q    As an Industrial Engineer?

8              A    Yes.

9              Q    Assigned to Mr. Morley, just to the FMS

10    Service or working for something in specific?

11             A    No, he was working for the Service, he

12    had the Work Order Section assigned. He used to work

13    with the work orders.

14             Q    Work order are the ones that people

15    prepare in order for services to be rendered?

16             A    Yes.

17             Q    And you have to go there and check that

18    my water is coming down or the--

19             A    Yes, yes.

20             Q    Please specify to us, because---

21             A    Yes.

22             Q    She and I do not work there.

23             MS. GONZALEZ:    You are the expert.

24             THE DEPONENT: But you know, you are giving

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

12

1    me the information.

2            MS. RODRIGUEZ FRANK:   Yeah, but Mr. Diaz

3    was the one who explained to us everything.

4            THE DEPONENT:   Okay, the work order

5    section, yes.        EXAMINATION CONTINUED

6    BY MS. RODRIGUEZ FRANK:

7            Q   Do you remember how many engineers were

8    working under Mr. Morley?

9            A   We had, let me see, I have to make --

10   we had Engineer Diaz, we had Engineer Bou, we had

11   Engineer Pablo Rios Vega, I am trying, as much as I

12   can remember.  We had Engineer Alacan, we had

13   Engineer Iris Rosario, we had Engineer Mike Figueroa,

14   we had Engineer Carlos Tirado, we had -- who else. I

15   think that's about it.

16           Q   Okay, and have you seen that after Mr.

17   Marrero came there are more Engineers?

18           A   Well, definitely, yes.

19           Q   How many more?

20           A   Since Marrero came, we have--

21           Q   Because you more less counted about

22   seven persons?

23           A   Yeah, more less. We have Engineer -- I

24   can say the names as I recall. We had--

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

13

1      Q    None of those, the seven guys are still

2  working there?

3      A    No, these are the ones that came

4  afterwards.

5      Q    Okay.

6      A    We have Miguel Cordero, we have

7  Calderin, we have Quiñonez, and we have two

8  temporary, Castillas and Rosado, Engineer Rosado.

9      Q    There is a lady there named Gilda, too?

10     A    Gilda Rivera, yes.

11     Q    And there is a guy named Miguel Cruz

12  that is also an Engineer?

13     A    Yes, but he was prior to Marrero, and

14  he is a temporary.

15     Q    He is a temporary?

16     A    Yeah, and he was hired 'till that time.

17

18     Q    And he is the only person that worked

19  there as a temporary during the--

20     A    Yes, he was a temporary hire for

21  Engineer Rios Vega, which retired.

22     Q    Okay, so Rios Vega retired and Miguel

23  Cruz came in to substitute him?

24     A    Yes.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

14

1    Q    Can you remember where Rios Vega was
2    working, in what section they were working?
3    A    Planning.
4    Q    And Mr. Alacan?
5    A    In Planning.
6    Q    And Iris also?
7    A    Yes.
8    Q    And Carlos Tirado?
9    A    Carlos Tirado used to work with
10   Engineer Figueroa in the Work Order Department. He is
11   also an Industrial Engineer.
12   Q    And Work Order, do they have also the
13   P&H Shops and the Shop in order to--
14   A    They don't have it now, they had it
15   before.
16   Q    I am talking about before. I am talking
17   about Mr. Morley, prior to Mr. Morley--
18   A    Yes, the Purchase and Hire Section was
19   aligned on the Work Order. This is history.
20   Q    Were you also involved in the personnel
21   hiring under Mr. Morley?
22   A    Yes, I don't hire, okay. Let me clarify
23   what you define as personnel hiring. My work involves
24   assuring the announcements gets posted through Human

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

15

Resource Specialist, which is assigned to the
Service,  assuring that we establish the time frames
that we  require to have the positions filled,
assuring once we get the candidates, that the
interview process is prepared on time, that we get
the persons to the interviews and schedule the rooms
for the interviews, and schedule the documentation
ready for the interview, and when the final selection
is done, assuring to get the documents to Human
Resources and assure we have the candidate in the
service. That is the process when you say hiring,
that is how it is defined.

    Q  So when Mr. Bou and Mr. Figueroa apply
for the position of Chief, you were the one who
assisted them in the preparation of their
application?

    A  No. When Mr. Bou and Mr. Figueroa
decide to apply for the position of Service Chief, I
in a personal manner assisted them filling out the
knowledge skills and abilities, which is the case
of -- they have some questions to be filled, which
are in English, and they have to fill out all these
questions, and I personally assisted them with the
questions.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1        Q    And you helped them, and who sent them

2    to the, they went through you, the applications?

3        A    No, the person who applies for a

4    position is solely responsible to submit the package,

5    and the package is not just one part, it involves

6    various documents and the person has to do that.

7        Q    Do you remember whether or not Mr. Bou

8    and Figueroa had problems with Iris Aleman, that she

9    had misplaced them and they even had to prepare a

10   second package in order to send them?

11       A    I heard that.

12       Q    You heard that?

13       A    Yes.

14       Q    From whom?

15       A    From Engineer Bou and from Engineer

16   Figueroa.

17       Q    That she had misplaced them?

18       A    That they were misplaced.

19       Q    And did you assist them in making

20   copies in order to send them again, or--

21       A    No, they worked that, they did the

22   copies themselves.

23       Q    That is in the initial stage, when they

24   were selecting the Chief, and you were working there

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.