17

when both, Eduardo Diaz and Bou were Acting Chief?

A   Sure.

Q   Did you assist at any point in time during the period of Mr. Morley in the preparation of PD's for both Mr. Figueroa and Mr. Bou?

A   I assisted, yes, on the PD of Engineer Bou. Engineer Bou, when Mr. Morley was appointed Chief of the Service, a re-description of his position description was done in order for him to be Assistant Chief, and I assisted in that preparation, gathering documentation and doing the papers.

Q   Because from what I understand, Mr. Morley was more into Environmental, less in Engineer. Do you remember how much assistance in the Engineering Section was given by Mr. Bou, by Mr. Figueroa?

A   When a position description is re-done, or is going to be re-described--

Q   Excuse me, I am not talking about the position description, but since you were there, I am referring to the fact that we have all heard here, including from Mr. Diaz, that there was some resentment when Mr. Morley was placed as Chief, because he was not an Engineer, and he needed

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   assistance, in the sense of to understand the
2   Engineering aspect of his position.
3           MS. GONZALEZ:   Counsel, I have an
4   objection as to the form of the question. Not facts
5   into evidence.
6           MS. RODRIGUEZ FRANK:   I am just placing
7   you in time.
8                   EXAMINATION CONTINUED
9   BY MS. RODRIGUEZ FRANK:
10
11      Q   Do you remember that what I am telling
12  you is correct, that they had to assist Mr. Morley in
13  the Engineering side of the duties that he had to
14  perform?
15      A   When you say they, who are you
16  referring to?
17      Q   Diaz, Bou, Figueroa, who were all the
18  Engineers there, or was it all done by Mr. Bou?
19      A   No, Mr. Morley was a Service Chief, and
20  if he had to make, let's say a mechanical decision,
21  he would consult it with the engineers.
22      Q   Do you see that from Mr. Marrero, that
23  is an engineer?
24      A   Yes, yes. He consults also with

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   engineers.
2       Q   Including, knowing that he is an
3   engineer too, and that he has--
4       A   Yes.
5       Q   But the same thing, do you think that
6   Morley requires more assistance than Mr. Marrero, in
7   terms of-- not consulting, assistance, because I
8   assume that Mr. Morley couldn't read drawings--
9       MS. GONZALEZ:   Objection, counsel.
10  Argumentative.           EXAMINATION CONTINUED
11  BY MS. RODRIGUEZ FRANK:
12      Q   Do you know whether Mr. Morley read
13  drawings?
14      A   I don't know.
15      Q   you don't know?
16      A   No.
17      Q   During those consultations, did you see
18  Mr. Morley with the drawings and the engineers there?
19      A   Yes.
20      Q   How was the consulting done?
21      A   As they have done today. They put the
22  drawings on the table, they put all the plans on the
23  table and they discuss the layouts and everything,
24  that is still done every day, I see that every day.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1      Q  With the current Service Chief, do you have the same duties?

3      A  I have more duties.

4      Q  And what happened to the ones you had before?

6      A  I still have them.

7      Q  But you have them all, or they are reassigned to people who are under your supervision?

9      A  No, some of them are reassigned to people under my supervision, but I am solely responsible for those duties.

12     Q  But someone else is the one doing the first, I am not talking about responsibilities, I am talking about the day to day.

15     A  I have staff members.

16     Q  You have staff members who are performing your duties, but as Chief you are the one in charge that that person performs the duties, because you understand that you have them also, is that the way you think?

21    MS. GONZALEZ:   Objection, compound. Counsel, you made like three questions in one.

                 EXAMINATION CONTINUED

BY MS. RODRIGUEZ FRANK:

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   Q   I am asking you, I understand that you have staff, but that person is the one who performs that duty directly, is that true?

4   A   What duties are you referring to?

5   Q   The ones that you were telling me that you have people who are presently assigned to them directly. Those persons are the ones who have those duties directly in their PD's?

9   A   Definitely.

10  Q   And you go over them and you are a supervisor, is that true?

12  A   Yes, that is true.

13  Q   And you sit down with them, once or twice a year and you tell them how they are performing those duties?        A   That is correct.

17  Q   But what you are saying is that those persons, even though they are assigned to them, you feel responsible that they are done, is that correct?

20  A   Definitely, that is correct.

21  Q   And going back to Mr. Morley, when he had to deal with technical aspects, who answered those questions, who made the decision? Like for example shutting down the chiller plant?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

A   It is still the sole responsibility of the Service Chief. If we make a decision in the hospital to shut down something, as operation of the chiller plant, it is the responsibility of the Service Chief.

Q   Okay, but he needs, in his case, he needed to consult with his supervisors in order to determine---

A   He will consult with the supervisors and the engineers, that is correct.

Q   What I am saying is, if he is told during one night by one of, for example, a Center Director, talking about Mr. Morley, and he says "We want to shut down that chiller plant right now." Would he make the decision or he needed to say "Wait a second, I need to consult one of my Engineers"?

MS. GONZALEZ:   Objection counsel, speculative. You are posing a situation that is not a fact in this case.

MS. RODRIGUEZ FRANK: Okay, but she needs to answer, if it is speculative.

MS. GONZALEZ:   Well, I object as to the question.   MS. RODRIGUEZ FRANK:   She needs to answer.

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1  THE DEPONENT: The Center Director would
2  not call, he would not make that decision.
3  EXAMINATION CONTINUED
4  BY MS. RODRIGUEZ FRANK:
5
6  Q   No, he is not going to make the
7  decision?
8  A   He wouldn't even call to make the
9  decision.
10 Q   Why?
11 A   Because that is something that is
12 operated by Facility Management Service. If something
13 goes wrong with Facility Management Service, it is
14 our employees who would tell us, it would be an
15 employee who would call the Service Chief.
16 Q   Okay, but let's say that employee calls
17 Mr. Morley, "We want to shut down the chiller plant."
18 Would he make the decision by himself, or he needed
19 to call one of the engineers?
20 A   No, he would call the whole team, and
21 everybody would come in.
22 Q   At night?
23 A   At night and that has happened.
24 Q   And you were there? You were considered

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

```
 1   one of the team members?
 2           A   At this time, yes, I am considered one
 3   of the team members.
 4           Q   At that point you were not?
 5           A   At that time I was not.
 6           Q   Now you are called in?
 7           A   Yes.
 8           Q   And what training have you taken in
 9   terms of engineering?
10           A   I am not called in for engineering
11   purposes, I am called in for administrative purposes.
12
13           Q   Okay, so if they are shutting down the
14   chiller plant, you won't be called?
15           A   It depends, if it involves cost, if it
16   is going to involve bringing in employees, if it is
17   going to involve putting the command post, activating
18   the command post in the facility, I would be involved
19   in it.
20           Q   Like in a hurricane?
21           A   Yes.
22           Q   When the position of Service Chief was
23   being selected, were you involved at all?
24           A   No.
```

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

```
 1          Q    You were not in a meeting in which
 2   both, Mr. Diaz was present, that you were present in
 3   which Mr. Diaz explained to Mrs. Janette Diaz that he
 4   was reviewing the applications?
 5          A    Yes, I was a that meeting.
 6          Q    And she learned that he was -- who gave
 7   Mr. Diaz the applications in order to review them, if
 8   you remember?
 9          A    I believe it was Human Resources.
10          Q    And why were they given to him?
11          A    I don't know.
12          Q    Do you remember what he stated to Mrs.
13   Diaz during that meeting?
14          A    Not exactly the words. I know he
15   mentioned that he was evaluating some applications.
16          Q    And what happened?
17          A    Nothing, he was asked to return the
18   application, I believe.
19          Q    He was asked to return the application,
20   by whom?
21          A    Either he was asked or he was called by
22   Human Resources. He was called, I believe it was to
23   return the applications.
24          Q    But your personnel was not the one
```

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

involved in returning the applications?

  A  No, no.

  Q  Nor giving the applications to him for review?

  A  No, no.

  Q  I didn't tell you this at the beginning, but her and my responsibility is to find out the truth.

  A  I know.

  Q  I don't want you to feel that you need to be guarded or anything like that, Mr. Morley is dead.

  A  I know.

  Q  No one is evaluating how he performed and he didn't have to do at all with the selection of the FMS Chief or the Assistant Chief.

  A  I am fully aware.

  Q  Okay and if she didn't tell you, I am going to tell you, nothing is going to happen to you, and if something happens, because you are testifying today, then you tell us but allegedly, nothing is going to happen to you. I am just finding out because remember that I have Eduardo Diaz here, I have Mr. Bou and I have, and last night I have Miguel Cruz

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   too. That is why I know about his assistance.
2              When did you meet Jaime Marrero?
3       A    When he came in as Service Chief in the
4   Facility Management Service.
5       Q    You did not meet him before?
6       A    No.
7       Q    And once he came in, he was immediately
8   assigned to your duties or you continued with the
9   same duties that you had?
10      A    Immediately when he came I, I still had
11  my same duties.
12      Q    After the recent re-organization, how
13  long ago did you become a GS-13?
14      A    In December.
15      Q    In December so it is less than six months?
16      A    December 2004, 6 months.
17      Q    But you were still, even though he was
18  in and you were getting to know him, you were still
19  involved in personnel decisions and budgetary
20  decisions?
21      A    Yes.
22      Q    And were you involved in meetings, I
23  think there is a board called EFB, the one who makes
24  the decision on the placing of positions within the

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

1   service, or within the agency. Are you a member or do
2   you assist to those meetings?
3        A    You have to be more specific.
4        Q    It's a board that determines the use of
5   the phones and the Center Director is part of it,
6   there is a member or the Union, Mrs. Nunci is also
7   part of it. Have you come to those meetings?
8        A    Yes, I have gone to them, but I am not
9   a member.
10       Q    Oh, okay.
11       A    If you're referring to the Executive
12  Financial Board, I am not a member.
13       Q    You are not a member?
14       A    No.
15       Q    But those are, they are the Executive
16  Financial Board, the ones that make the decision on
17  how to use the phones of the agency, including the
18  positions?
19       A    That is correct.
20       Q    And you are telling me that they have
21  hired an engineer, and I imagine that you have gone
22  with Mr. Marrero, or he has gone by himself in order
23  to justify the positions?
24       A    Yes, there are meetings in which I have

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

Case 3:04-cv-01569-ADC   Document 34   Filed 09/03/05   Page 13 of 15

29

1  gone with him and there meetings in which he has gone
2  by himself.        Q    And how many positions have
3  they approved, the Executive Financial Board? I think
4  there is a member of the Union too, but it's--
5           A    Yes. How many positions for what,
6  facility or?
7           Q    For your service, just for your
8  service.
9           A    For my Service I can say--
10          Q    All, not your service, the whole
11 service where you work in, FMS.
12          A    Facility Management Service. For what
13 year?
14          Q    From Mr. Marrero's, Marrero started
15 working in the year 2002, so--
16          A    I would say -- I don't have an exact
17 number.
18          Q    Just from the Engineering side, you
19 just told me that you had five more engineer?
20          A    Yes, because you specifically asked me
21 for the engineers. If you are asking me for the
22 Facility Management Service, we have hired a few.
23          Q    But what is a few, 25, 50 people more?
24          A    Approximately, I can't give you an

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

   1    exact number, and it depends, if you are talking
   2    about permanent staff, temporary staff, turn
   3    appointments, it varies, but we have hired staff.
   4        Q   Okay, but with the different
   5    classifications, temporary, permanent, details, I
   6    imagine that you have details, do you have a few,
   7    could it be more less 75 employees?
   8        A   It could be, it could be.
   9        Q   Seventy five to 100?
 10        A   No, it would not be 100, it would not
 11    be 100 and I don't think we make it to 75, I would
 12    say maybe 60 employees.
 13        Q   And those would include the new
 14    engineers?
 15        A   Yes, that for the service.
 16        Q   Were these positions filled out --I am
 17    not going to ask you that because I know from Miguel
 18    Cruz, he told me last night, that he was hired by
 19    Eduardo Diaz. So I imagine that even the Acting
 20    Chiefs hire people.
 21        A   When they are acting, when they are
 22    acting, yes.
 23        Q   I am not saying that they do the actual
 24    hiring, I am saying that they have new employees?

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.

```
 1            A   Yes, yes.
 2            Q   Did at any point in time, did you tell
 3   Mr. Marrero that Mr. Bou had in his PD Assistant
 4   duties responsibilities?
 5            A   Yes.
 6            Q   And what was his response?
 7            A   He was going to re-evaluate the
 8   position description.
 9            Q   And then he brought in someone else?
10   Did you assist him in the preparation of the
11   Assistant Chief Position?
12            A   No.
13            Q   Who did that?
14            A   That was Human Resources who worked
15   that out. Human Resource Department and I believe it
16   was the specialist assigned to Facility Management
17   Service.
18            Q   And who is that?
19            A   Iris Aleman.
20            Q   Iris Aleman?
21            A   Yes.
22            MS. GONZALEZ:   In preparation of what?
23            MS. RODRIGUEZ FRANK:   The Assistant Chief
24   PD, Position Description.
```

Please purchase PDF Split-Merge on www.verypdf.com to remove this watermark.